United States District Court
Middle District of Florida
Tampa Division

SCOTT HAMILL,

     *Plaintiff,*

v.                                                      NO. 8:20-cv-2638-PDB

ACTING COMMISSIONER OF SOCIAL SECURITY,

     *Defendant.*

---

# Order

Before the Court is the Acting Commissioner of Social Security's unopposed motion to reverse the decision below and remand the case for the Acting Commissioner to take certain action. Doc. 26. Given the absence of opposition and based on the authority described in the motion, the Court:

1. **grants** the motion, Doc. 26;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to "give further consideration to the period from the claimant's alleged onset date through the date he began substantial gainful activity and determine if a closed period of disability is warranted; and

4. **directs** the clerk to enter judgment for Scott Hamill and against the Acting Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on November 22, 2021.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*